# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Alisa Nathan

                       Plaintiff,

v.                                                 Case No.: 1:19−cv−01531

                                                            Honorable John Robert Blakey

Margaret O'Leary Inc, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 8/5/19. Plaintiff's motion to dismiss and approve settlement [32] is granted. Courts approve FLSA settlements when reached as a result of contested litigation, and where the proposed settlement reflects "a reasonable compromise over contested issues." See, e.g., Briggs v. PNC Fin. Servs. Grp., Inc., No. 1:15−CV−10447, 2016 WL 7018566, at *1 (N.D. Ill. Nov. 29, 2016). Based upon the record before it, and as further stated on the record in open court, the Court finds that the the settlement represents a fair and reasonable resolution of a bona fide dispute under FLSA. This Court therefore approves the settlement and hereby dismisses Plaintiff's individual claim with prejudice pursuant to the settlement agreement. Plaintiff's oral motion to dismiss the collective and class claims without prejudice is granted. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.